149 A.3d 294

CITIBANK, NA AS TRUSTEE, PLAINTIFF-RESPONDENT, v. MONICA M. MARTINEZ, DEFENDANT-PETITIONER, AND WASHINGTON MUTUAL BANK DEFENDANT.

Filed August 05, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001876-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.